89-2453

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 14 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (NO. VI) ) | MDL 875 |
| ) | |
| This Document Relates to United States ) | |
| District Court for Maryland ) | |
| ) | |
| (See Attachment A) ) | |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_

_Charles R. W_____
Charles R. Weiner